United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 13, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-40544
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WRENKARD SINCLAIR,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:03-CR-15-1
_____

Before REAVLEY, JOLLY, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

After review of the briefs and record in this case we are convinced that the confession at issue is admissible in the light of <u>Oregon v. Elstad</u>, 470 U.S. 298 (1985), and <u>Missouri v. Seibert</u>, 542 U.S. 600 (2004), the ultimate holding of which we find in Justice Kennedy's concurrence.

The judgment of the district court is thus

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.